# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA, *Ex Relator*
SAID SAMAAN,

    Plaintiff,

v.

    Case No. 16-11907

    HONORABLE DENISE PAGE HOOD

GENERAL DYNAMICS LAND
SYSTEMS, INC.,

    Defendant.
_____/

## JUDGMENT

This action, having come before the Court and the Court having issued an order dismissing the action, accordingly,

Judgment is entered against Plaintiff/Relator Said Samaan and in favor of Defendant General Dynamics Land Systems, Inc.

    DAVID J. WEAVER
    CLERK OF COURT

Approved:

    By: s/LaShawn Saulsberry
        Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
United States District Judge

DATED: March 19, 2018

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2018, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager